1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

5
   Attorney for: PLAINTIFF
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | No. CV A 12-10637
12 |           Plaintiff,          |
13 |        vs.                    | CONSENT JUDGMENT
14 | David Shaw, Jr., aka David    |
15 | Shaw,                         |
16 |           Defendant           |

17    Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, David Shaw, Jr., aka
20 David Shaw, in the principal amount of $2,629.26 plus
21 interest accrued to December 4, 2012, in the sum of
22 $5,491.99; with interest accruing thereafter at 9% annually
23 until entry of judgment, administration costs in the amount
24 of $902.28, for a total amount of $**9,023.53**.

25

26 DATED: February 12, 2013      By: Terry Nafisi
                                     Clerk of the Court
27
                                     /s/ B. Pacillas
28                                   Deputy Clerk
                                     United States District Court