JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-10637 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| David Shaw, Jr., aka David Shaw, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, David Shaw, Jr., aka David Shaw, in the principal amount of $2,629.26 plus interest accrued to December 4, 2012, in the sum of $5,491.99; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $902.28, for a total amount of $**9,023.53**.

DATED: February 12, 2013      By: Terry Nafisi
                                  Clerk of the Court

                                  /s/ B. Pacillas
                                  Deputy Clerk
                                  United States District Court

Page 5